DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Harvin<br><br>Case Below:<br>168 N.C. App. 596 | No. 157P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-226)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 05/04/05<br><br>2. Denied 05/04/05 |
| State v. Hightower<br><br>Case Below:<br>168 N.C. App. 661 | No. 178P05 | Def's PDR Under N.C.G.S. § & 7A-31 (COA04-324) | Denied 05/04/05 |
| State v. Hobbs<br><br>Case Below<br>167 N.C. App. 656 | No. 053P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-507)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 05/04/05<br><br>3. Denied 05/04/05 |
| State v. Holloway<br><br>Case Below:<br>169 N.C. App. 457 | No. 233P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-287)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/30/05<br><br>3. Denied 06/30/05 |
| State v. Houston<br><br>Case Below:<br>169 N.C. App. 367 | No. 219P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-622)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/30/05<br><br>3. Denied 06/30/05 |
| State v. Huntley<br><br>Case Below:<br>117 N.C. App. 732 | No. 294P05 | Def's Motion for "Petition for a Review" (COA94-626) | Dismissed 06/30/05<br><br>**Martin, J. Recused** |
| State v. Johnson<br><br>Case Below:<br>169 N.C. App. 457 | No. 225P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-626) | Denied 06/30/05 |
| State v. Jones<br><br>Case Below:<br>168 N.C. App. 408 | No. 130P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-908) | Denied 05/04/05 |